# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150761

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MARCUS D. HANSERD,
        Defendant-Appellant.

SC:  150761
COA:  323099
Saginaw CC:  04-024484-FC

_____/

    On order of the Court, the application for leave to appeal the November 7, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2016



Clerk

d0330